Duval Building and Loan Association, a corporation organized and existing under the laws of Florida, Appellant, v. Julia S. Stockton and William M. Stockton, her husband, Appellees.

### Division B.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell for appellant.

Bryan & Bryan for appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*

---

Albert M. Endel as surviving partner, etc., Appellant, v. Murcus Endel as administrator of the estate of Moses Endel, deceased, Appellee.

### Division B.

Appeal from Circuit Court, Alachua county; William S. Bullock, Judge.

E. C. F. Sanchez for appellant.

No appearance for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam.*